

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE ) | Case No. 08-24529 WTT |
| ) | Chapter 7 |
| KENTON D NIELSON ) | |
| JANNA L NIELSON ) | NOTICE OF PAYMENT OF |
| ) | FUNDS INTO THE REGISTRY |
| Debtor (s) ) | |
| ) | |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On December 22, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained four (4) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437223689.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 1 |
| Claimant: | Express Recovery<br>PO Box 26415<br>Salt Lake City, UT 84126 |
| Claim Amount: | $8,269.25 |
| Distribution: | $2.22 |
| Claim No.: | 2 |
| Claimant: | Prince, Yeates & Geldzahler<br>Michael G. Humphries<br>175 East 400 South, #900<br>Salt Lake City, UT 84111 |
| Claim Amount: | $8,900.40 |
| Distribution: | $2.39 |
| Claim No.: | 3 |
| Claimant: | Walker Construction Clean Up<br>Michael T. Walker<br>1297 Santa Anita Way<br>Kaysville, UT 84037 |
| Claim Amount: | $725.00 |
| Distribution: | $0.20 |
| Claim No.: | 4 |
| Claimant: | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Claim Amount: | $16,940.75 |
| Distribution: | $4.56 |

5. Checks in the amounts of $2.22, $2.39, $0.20 and $4.56 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 12-30-09

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 29th day of December, 2009:

EXPRESS RECOVERY
PO BOX 26415
SALT LAKE CITY, UT 84126

PRINCE, YEATES & GELDZAHLER
MICHAEL G. HUMPHRIES
175 EAST 400 SOUTH, #900
SALT LAKE CITY, UT 84111

WALKER CONSTRUCTION CLEAN UP
MICHAEL T. WALKER
1297 SANTA ANITA WAY
KAYSVILLE, UT 84037

AMERICAN EXPRESS CENTURION BANK
c/o BECKET AND LEE, LLP
PO BOX 3001
MALVERN, PA 19355-0701

*/s/ Barbara Ane Shaw*